GRANT ET AL. *v.* UNITED STATES.

No. 297.  Decided April 2, 1962.

*Joseph W. Burns* for petitioners.

*Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph Kovner* for the United States.

PER CURIAM.

The petition for writ of certiorari is granted. The judgment of the United States Court of Appeals for the Second Circuit is vacated and the case is remanded to that court with instructions to dismiss the appeal.  *DiBella* v. *United States,* 369 U. S. 121.